IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:01CR9-01-V

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **POWELL DOUGLAS PORTER,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion To Terminate Supervised Release, filed February 25, 2006. (Document #99)

On January 18, 2002, Defendant was convicted after jury trial for conspiring to transport stolen property in interstate commerce, transporting stolen property in interstate commerce, and aiding and abetting the same in violation of 18 U.S.C. §§ 371, 2314, and 2. Defendant completed his 21 month term of imprisonment on September 23, 2004, and is currently serving a 2 year term of supervised release.

Defendant requests that his supervised release be terminated as successfully completed pursuant to 18 U.S.C. §3583(e). In support of his motion, Defendant represents that he has satisfied all conditions of his supervised release, including payment in full of all fines and restitution. However, Defendant's supervising probation officer, Paul Cresce, U.S. Probation, Southern District of Florida, Key West Division, along with the U.S. Probation Department within this District, jointly advise the Court that they do not support early termination of supervision at this time.

**IT IS, THEREFORE, ORDERED THAT:**

1) Defendant's Motion To Terminate Supervised Release is hereby **DENIED**; and

2) The Deputy Clerk shall forward a copy of this Order to the Defendant, Defense Counsel, U.S. Attorney's Office, and U.S. Probation (including USPO Cresce).

1

Signed: May 16, 2006

*Richard L. Voorhees*
Richard L. Voorhees
Chief United States District Judge